# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: DENNIS J. COOK | § | Case No. 15-23755 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 11, 2015.  The undersigned trustee was appointed on July 11, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of            $            9,892.13

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14.01 |
| Bank service fees | 96.64 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]            $            9,781.48

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 12/14/2015 and the deadline for filing governmental claims was 01/07/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,739.21.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,739.21, for a total compensation of $1,739.21.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _04/11/2016_____    By:/s/NORMAN NEWMAN _____
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 15-23755 | **Trustee:** (330270) NORMAN NEWMAN |
| **Case Name:** DENNIS J. COOK | **Filed (f) or Converted (c):** 07/11/15 (f) |
| | **§341(a) Meeting Date:** 08/20/15 |
| **Period Ending:** 04/11/16 | **Claims Bar Date:** 12/14/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence at 359 E. Central Rd. De<br>Imported from original petition Doc# 1 | 210,000.00 | 210,000.00 | | 0.00 | FA |
| 2 | Cash<br>Imported from original petition Doc# 1 | 40.00 | 40.00 | | 0.00 | FA |
| 3 | Bank of America - Checking account<br>Imported from original petition Doc# 1 | 6,250.69 | 2,250.69 | | 2,250.69 | FA |
| 4 | Bank of America - Savings account<br>Imported from original petition Doc# 1 | 4,403.60 | 4,403.60 | | 4,403.60 | FA |
| 5 | Bank of America - Checking account<br>Imported from original petition Doc# 1 | 3,237.84 | 3,237.84 | | 3,237.84 | FA |
| 6 | Household Goods and furnishings<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Books, pictures, CDs, etc.<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 8 | Wearing Apparel<br>Imported from original petition Doc# 1 | 650.00 | 0.00 | | 0.00 | FA |
| 9 | Insurance Policy - Lincoln Life<br>Imported from original petition Doc# 1 | 11,800.00 | 0.00 | | 0.00 | FA |
| 10 | Insurance Polciy - Voya Life<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Stock - 100% owner in Cook-Lavelle<br>Imported from original petition Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 12 | Accounts Receivabel - Cook-Lavelle Electric<br>Imported from original petition Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 13 | Automobiles - 2004 Chevy Tahoe<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | Automobiles - 1996 Ford E350 cargo van<br>Imported from original petition Doc# 1 | 3,500.00 | 1,100.00 | | 0.00 | FA |
| 15 | Automobiles - 1999 Ford E250 cargo van<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 16 | Automobiles - 1997 E250 cargo van<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | OA | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 15-23755 | **Trustee:** (330270) NORMAN NEWMAN |
| **Case Name:** DENNIS J. COOK | **Filed (f) or Converted (c):** 07/11/15 (f) |
| | **§341(a) Meeting Date:** 08/20/15 |
| **Period Ending:** 04/11/16 | **Claims Bar Date:** 12/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 17   Automobiles - 1993 Ford F250 pickup<br>Imported from original petition Doc# 1 | 250.00 | 250.00 | OA | 0.00 | FA |
| 18   Automobiles - 1999 Ford E250 cargo van<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 19   Office Equipment<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | OA | 0.00 | FA |
| 20   Machinery and equipment used in Cook-Lavelle Ele<br>Imported from original petition Doc# 1 | 33,500.00 | 32,000.00 | OA | 0.00 | FA |
| 21   Other  Personal Property - 5620 W. Howard Trust<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| **21   Assets    Totals** (Excluding unknown values) | **$280,332.13** | **$257,982.13** | | **$9,892.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

Received funds from bank account.  Established claims bar dates.

**Initial Projected Date Of Final Report (TFR):**   January 31, 2016         **Current Projected Date Of Final Report (TFR):**   January 31, 2016

Printed: 04/11/2016 02:54 PM    V.13.25

Exhibit B

## **Form 2**

### **Cash Receipts And Disbursements Record**

Page: 1

| Case Number: | 15-23755 | | Trustee: | NORMAN NEWMAN (330270) |
| Case Name: | DENNIS J. COOK | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***0040 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/11/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/04/15 | | Bank of America | Turn over of funds from Bank Accounts | | | 9,892.13 | | 9,892.13 |
| | {3} | | Turnover of Bank<br>Accounts | 2,250.69 | 1129-000 | | | 9,892.13 |
| | {4} | | Turnover of Bank<br>Accounts | 4,403.60 | 1129-000 | | | 9,892.13 |
| | {5} | | Turnover of Bank<br>Accounts | 3,237.84 | 1129-000 | | | 9,892.13 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.43 | 9,881.70 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.21 | 9,867.49 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.71 | 9,853.78 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.59 | 9,838.19 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.64 | 9,824.55 |
| 02/17/16 | 101 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/17/2016 FOR CASE<br>#15-23755, Bond #10BSBGR6291 | | 2300-000 | | 14.01 | 9,810.54 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.61 | 9,796.93 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.45 | 9,781.48 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 9,892.13 | 110.65 | **$9,781.48** |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 9,892.13 | 110.65 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$9,892.13** | **$110.65** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******0966** | | **9,892.13** | **110.65** | **9,781.48** |
| | | **$9,892.13** | **$110.65** | **$9,781.48** |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 14, 2015

**Case Number:** 15-23755      Page: 1      **Date:** April 11, 2016
**Debtor Name:** DENNIS J. COOK      **Time:** 02:54:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NBN 199 | NORMAN B. NEWMAN, TRUSTEE<br>Much Shelist, P.C.<br>191 N. Wacker Drive, #1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $1,739.21 | $0.00 | 1,739.21 |
| MS-E 199 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $191.10 | $0.00 | 191.10 |
| MS-F 199 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $5,352.00 | $0.00 | 5,352.00 |
| 1 610 | Real Time Resolutions, Inc.<br>P.O. Box 35888<br>Dallas, TX 75235 | Unsecured | 9281<br>See e-mail agreement dated 4/6/16 wherein claimant agrees to an usecured claim for purposes of distribution. | $166,959.58 | $0.00 | 166,959.58 |
| 2 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,931.65 | $0.00 | 1,931.65 |
| 3 610 | Signature Bank<br>Chapman and Cutler LLP,c/o James P. Sullivan,111 W. Monroe Street<br>Chicago, IL 60603 | Unsecured | | $309,792.11 | $0.00 | 309,792.11 |
| **<< Totals >>** | | | | 485,965.65 | 0.00 | 485,965.65 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-23755
Case Name: DENNIS J. COOK
Trustee Name: NORMAN NEWMAN

**Balance on hand:**                              $              9,781.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $              0.00
Remaining balance:    $              9,781.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 1,739.21 | 0.00 | 1,739.21 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 5,352.00 | 0.00 | 5,352.00 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 191.10 | 0.00 | 191.10 |

Total to be paid for chapter 7 administration expenses:    $              7,282.31
Remaining balance:    $              2,499.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $              0.00
Remaining balance:    $              2,499.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,499.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 478,683.34 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Real Time Resolutions, Inc. | 166,959.58 | 0.00 | 871.69 |
| 2 | PYOD, LLC its successors and assigns as assignee | 1,931.65 | 0.00 | 10.08 |
| 3 | Signature Bank | 309,792.11 | 0.00 | 1,617.40 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,499.17 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**