UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| DENNIS J. COOK, ) | Case No. 15-23755 |
| ) | Hon. Jacqueline P. Cox |
| ) | Hearing Date: Thurs., May 19, 2016 |
| Debtor. ) | @ 9:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, May 19, 2016** at **9:30 a.m**., or as soon thereafter as may be possible, we shall appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in **Courtroom 680**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate
of Dennis J. Cook

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 25, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

## **SERVICE LIST**

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Dennis J. Cook
7421 W. Ibsen
Chicago, IL 60631

Scott C. Polman
Law Offices of Scott C. Polman
8130 N. Milwaukee Avenue
Niles, IL 60714

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| DENNIS J. COOK, ) | Case No. 15-23755 |
| ) | Hon. Jacqueline P. Cox |
| ) | Hearing Date:  Thurs., May19, 2016 |
| Debtor. ) | |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein, (the "Trustee") moves this Court, pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period September 8, 2015 through April 1, 2016.  In support of this application, Much Shelist states as follows:

1. On July 11, 2015, the Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code.

2. On September 17, 2015, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.  This application includes legal services rendered by the Trustee.  Mr. Newman has taken care to distinguish his legal services from his Trustee services.  Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case.  To date, Much Shelist has not received any compensation for services rendered as attorneys for the Trustee.  Much Shelist is not seeking compensation for the services identified

6500844_1

on Exhibit "A" as part of this Application. Mr. Newman is filing a separate Application for Trustee Compensation.

4.  Much Shelist is entitled to receive final compensation in the amount of $5,352.00 plus reimbursement of expenses in the amount of $191.10 for services rendered during the period of September 8, 2015 through April 1, 2016.

5.  Much Shelist provided 11.80 hours of services on behalf of the Trustee during the time period covered by this application.

6.  The following is a summary of time expended, by individual, during the time period covered by this application.

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 1.00 hrs. | $640.00/hr. | $640.00 |
| Norman B. Newman | 4.00 hrs. | $625.00/hr. | 2,500.00 |
| Folarin S. Dosunmu | 2.20 hrs. | $385.00/hr. | 847.00 |
| John A. Benson, Jr. | 3.90 hrs. | $365.00/hr. | 1,365.00 |
| | | | |
| **TOTAL** | **11.80 hrs.** | | **$5,352.00** |

7.  Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8.  At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

6500844_1

A. **Retention of Professionals (Tab No. 1):** A total of 2.70 hours of time was expended by Much Shelist on the preparation of pleadings and appearance in Court on the Trustee's Motion to Employ Attorneys.

The individuals who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .50 hrs. | $625.00/hr. | $312.50 |
| Folarin S. Dosunmu | 2.20 hrs. | $385.00/hr. | 847.00 |
| | | | |
| **TOTAL** | **2.70 hrs.** | | **$1,159.50** |

B. **Disposition of Assets (Tab No. 2):** Much Shelist expended 7.00 hours of time dealing with the disposition of assets in this estate. Counsel spent time reviewing bank account information and communicating with the Debtor's attorney regarding the turnover of funds in the bank accounts to the Trustee.

The Debtor was the 100% shareholder of Cook-Lavelle Electric, Inc. ("Cook-Levelle"). Time was spent reviewing UCC searches to determine the amount of liens asserted against the assets of Cook-Lavelle. Counsel communicated with representatives of the FDIC and Republic Bank, the current owners of Cook-Lavelle's loan with Edgebrook Bank to determine collectability. Upon learning that there would be no equity in the Cook-Lavelle assets for creditors of this estate, counsel prepared and appeared in Court on the Trustee's Motion to Abandon Personal Property.

The individuals who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 3.10 hrs. | $625.00/hr. | $1,937.50 |
| John A. Benson, Jr. | 3.90 hrs. | $350.00/hr. | 1,365.00 |

|        |           |   |            |
|--------|-----------|---|------------|
| TOTAL  | 7.00 hrs. |   | $3,302.50  |

      **C.**      **Claims Administration/Analysis (Tab No 3.):**  Norman B. Newman expended .70 hrs. of time reviewing the secured claim filed by Real Time Resolution and possible objections thereto.  Time was spent communicating with representatives of Real Time Resolution and reviewing documentation pertaining to the claim.  Real Time agreed that its claim should be allowed as an unsecured claim for purposes of distribution.

| Attorney          | Hours     | Rate         | Total    |
|-------------------|-----------|--------------|----------|
| Norman B. Newman  | .40 hrs.  | $625.00/hr.  | $250.00  |
| Norman B. Newman  | .30 hrs.  | $640.00/hr.  | $192.00  |
|                   |           |              |          |
| TOTAL             | .70 hrs.  |              | $442.00  |

      **D.**      **Fee Matters (Tab No. 4):**  A total of .70 hours of time was expended by Much Shelist on the preparation of this final fee application.  The individual who provided services in connection with this matter and the time expended by his is as follows:

| Attorney          | Hours     | Rate         | Total    |
|-------------------|-----------|--------------|----------|
| Norman B. Newman  | .70 hrs.  | $640.00/hr.  | $448.00  |
|                   |           |              |          |
| TOTAL             | .70 hrs.  |              | $448.00  |

      9.      During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $191.10.  Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses.  The charge for photocopies is 10¢ per page.  Facsimile charges are billed at the rate of $1.00 per page, incoming and outgoing.  Much Shelist asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

10. The services which Much Shelist provided as counsel for the Trustee during the time period covered by this application were reasonable and necessary and resulted in a benefit to this estate and to the Trustee.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $5,352.00 plus reimbursement of out-of-pocket expenses in the amount of $191.10 for services rendered during the period September 8, 2015 through April 1, 2016.

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Much Shelist, P.C.**

/s/ Norman B. Newman
**Norman B. Newman, Trustee**

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive ,Suite 1800
Chicago, IL 60606
(312) 521-2000
nnewman@muchshelist.com

6500844_1

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| DENNIS J. COOK, | ) | Case No. 15-23755 |
| | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant:                            Much Shelist, P.C.

Authorized to provide professional services to:   Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:         September 17, 2015

Period for which compensation is sought:      September 8, 2015 through March 24, 2016

Amount of fees sought:                        $5,352.00

Amount of expense reimbursement sought:       $191.10

Retainer previously received:                 $0.00

This is a(n):        Interim Application ___        Final Application  X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

   The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  4/25/16                               **MUCH SHELIST, P.C.**

                                              By: /s/Norman B. Newman

6500844_1