UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| DENNIS J. COOK, | ) | Case No. 15-23755 |
| | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  Thurs., May 19, 2016 |
| Debtor. | ) | @ 9:30 a.m. |

## NOTICE OF MOTION

To:     See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, May 19, 2016** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in **Courtroom 680**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.


/s/ Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate
of Dennis J. Cook


Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 25, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Dennis J. Cook
7421 W. Ibsen
Chicago, IL 60631

Scott C. Polman
Law Offices of Scott C. Polman
8130 N. Milwaukee Avenue
Niles, IL 60714

EXHIBIT E

## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| DENNIS J. COOK, | ) | Case No. 15-23755 |
| | ) | |
| Debtor. | ) | Hon. JACQUELINE P. COX |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

To:    THE HONORABLE JACQUELINE P. COX

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $1,739.21 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I.  COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $9,892.13. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 489.21 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 1,739.21 | |

## II.  TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Dated: April 11, 2016

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# M U C H  *S H E L I S T*



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Cook, Dennis J.
7421 W Ibsen
Chicago, IL 60631

Invoice Number: ******

Invoice Date: **03/25/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012792.0007**

15 - Trustee Matters

## FEES THROUGH MARCH 25, 2016

| Date | Atty. | Description | Rate | Hours | Amount |
|------|-------|-------------|------|-------|--------|
| 09/04/15 | NXS | Open bank account and deposited funds received from Bank of America as turnover of funds from Debtor's bank accounts. | 170.00 | 0.40 | 68.00 |
| 09/10/15 | NBN | Discussion with J. Benson regarding motion to abandon certain assets (.30); prepare asset notice (.10). | 625.00 | 0.40 | 250.00 |
| 09/11/15 | NBN | Review claim bar date notice (.20); discussion with J. Benson regarding motion to abandon certain assets (.30). | 625.00 | 0.50 | 312.50 |
| 10/01/15 | NBN | Correspondences with Debtor's attorney regarding interest in Cook-LaVelle and possible corporate bankruptcy (.20); prepare estate property report (.20). | 625.00 | 0.40 | 250.00 |
| 10/09/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 10/13/15 | NBN | Discussion with J. Benson regarding abandon motion granted. | 625.00 | 0.20 | 125.00 |
| 10/20/15 | NBN | Review Discharge Order. | 625.00 | 0.20 | 125.00 |
| 11/10/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 12/08/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 12/09/15 | NBN | Review claim of Citibank. | 625.00 | 0.20 | 125.00 |
| 12/15/15 | NBN | Review claim of Signature Bank. | 625.00 | 0.20 | 125.00 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# M U C H  *S H E L I S T*

191 North Wacker Drive, Suite 1800
Chicago, IL  60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Cook, Dennis J.
7421 W Ibsen
Chicago, IL 60631

Invoice Number: ******

Invoice Date: **03/25/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012792.0007**

15 - Trustee Matters

| Date | Atty. | Description | Rate | Hours | Amount |
|------|-------|-------------|------|-------|--------|
| 12/17/15 | NBN | Telephone conference with B. Katz regarding corporate bankruptcy filed and liens on the assets (.20); review corporate bankruptcy schedules (.30). | 625.00 | 0.50 | 312.50 |
| 01/14/16 | NBN | Review updated claim register for final report. | 640.00 | 0.20 | 128.00 |
| 01/14/16 | NXS | Reconcile bank statements. | 175.00 | 0.20 | 35.00 |
| 02/10/16 | NXS | Reconcile bank accounts. | 175.00 | 0.20 | 35.00 |

**PLEASE SEND PAYMENT TO:**                    **Payment due within 30 days of invoice**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

QUESTIONS?
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.