UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| DENNIS J. COOK, | ) | Case No. 15-23755 |
| | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: Thurs., 5/19/16 |
| Debtor. | ) | @ 9:30 a.m. |

## AMENDED CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 25, 2016, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

    /s/ Norman B. Newman
    Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## DENNIS J. COOK SERVICE LIST

Dennis J. Cook
7421 W. Ibsen
Chicago, IL 60631

Scott C. Polman
Law Offices of Scott C. Polman
8130 N. Milwaukee Avenue
Niles, IL 60714

Real time Resolutions, Inc.
P.O. Box 35888
Dallas, TX 75235

PYOD, LLC its Successor and
Assigns as Assignee of Citibank, N.A.
P.O. Box 19008
Greenville, SC 29602

Signature Bank
c/o Chapman & Cutler
James Sullivan
111 W. Monroe Street
Chicago, IL 60603

6607990_1