**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DENNIS J. COOK                    § Case No. 15-23755
                                         §
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $266,440.00                     Assets Exempt: $22,350.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,499.17        Claims Discharged
                                                  Without Payment: $476,184.17

Total Expenses of Administration: $7,392.96

---

   3) Total gross receipts of $   9,892.13   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $9,892.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $195,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,392.96 | 7,392.96 | 7,392.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 295,429.00 | 478,683.34 | 478,683.34 | 2,499.17 |
| **TOTAL DISBURSEMENTS** | $492,429.00 | $486,076.30 | $486,076.30 | $9,892.13 |

4) This case was originally filed under Chapter 7 on July 11, 2015. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2016          By: /s/NORMAN NEWMAN
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America - Checking account | 1129-000 | 2,250.69 |
| Bank of America - Savings account | 1129-000 | 4,403.60 |
| Bank of America - Checking account | 1129-000 | 3,237.84 |
| **TOTAL GROSS RECEIPTS** | | **$9,892.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ocwen Loan Servicing | 4110-000 | 29,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing | 4110-000 | 166,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$195,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 1,739.21 | 1,739.21 | 1,739.21 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 191.10 | 191.10 | 191.10 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| MUCH SHELIST, P.C. | 3110-000 | N/A | 5,352.00 | 5,352.00 | 5,352.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.43 | 10.43 | 10.43 |
| Rabobank, N.A. | 2600-000 | N/A | 14.21 | 14.21 | 14.21 |
| Rabobank, N.A. | 2600-000 | N/A | 13.71 | 13.71 | 13.71 |
| Rabobank, N.A. | 2600-000 | N/A | 15.59 | 15.59 | 15.59 |
| Rabobank, N.A. | 2600-000 | N/A | 13.64 | 13.64 | 13.64 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 14.01 | 14.01 | 14.01 |
| Rabobank, N.A. | 2600-000 | N/A | 13.61 | 13.61 | 13.61 |
| Rabobank, N.A. | 2600-000 | N/A | 15.45 | 15.45 | 15.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,392.96** | **$7,392.96** | **$7,392.96** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Jill Cook | 5200-000 | 2,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$2,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Real Time Resolutions, Inc. | 7100-000 | unknown | 166,959.58 | 166,959.58 | 871.69 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,651.00 | 1,931.65 | 1,931.65 | 10.08 |
| 3 | Signature Bank | 7100-000 | 144,000.00 | 309,792.11 | 309,792.11 | 1,617.40 |
| NOTFILED | Republic Bank | 7100-000 | 147,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Small Business Growth Corp | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Chase | 7100-000 | 644.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 134.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $295,429.00 | $478,683.34 | $478,683.34 | $2,499.17 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-23755  
**Case Name:** DENNIS J. COOK

**Period Ending:** 06/13/16

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 07/11/15 (f)  
**§341(a) Meeting Date:** 08/20/15  
**Claims Bar Date:** 12/14/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Single family residence at 359 E. Central Rd. De<br>Imported from original petition Doc# 1 | 210,000.00 | 210,000.00 | | 0.00 | FA |
| 2  Cash<br>Imported from original petition Doc# 1 | 40.00 | 40.00 | | 0.00 | FA |
| 3  Bank of America - Checking account<br>Imported from original petition Doc# 1 | 6,250.69 | 2,250.69 | | 2,250.69 | FA |
| 4  Bank of America - Savings account<br>Imported from original petition Doc# 1 | 4,403.60 | 4,403.60 | | 4,403.60 | FA |
| 5  Bank of America - Checking account<br>Imported from original petition Doc# 1 | 3,237.84 | 3,237.84 | | 3,237.84 | FA |
| 6  Household Goods and furnishings<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 7  Books, pictures, CDs, etc.<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 8  Wearing Apparel<br>Imported from original petition Doc# 1 | 650.00 | 0.00 | | 0.00 | FA |
| 9  Insurance Policy - Lincoln Life<br>Imported from original petition Doc# 1 | 11,800.00 | 0.00 | | 0.00 | FA |
| 10  Insurance Polciy - Voya Life<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  Stock - 100% owner in Cook-Lavelle<br>Imported from original petition Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 12  Accounts Receivabel - Cook-Lavelle Electric<br>Imported from original petition Doc# 1 | Unknown | 0.00 | OA | 0.00 | FA |
| 13  Automobiles - 2004 Chevy Tahoe<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 14  Automobiles - 1996 Ford E350 cargo van<br>Imported from original petition Doc# 1 | 3,500.00 | 1,100.00 | | 0.00 | FA |
| 15  Automobiles - 1999 Ford E250 cargo van<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 16  Automobiles - 1997 E250 cargo van<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | OA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-23755  
**Case Name:** DENNIS J. COOK

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 07/11/15 (f)  
**§341(a) Meeting Date:** 08/20/15

**Period Ending:** 06/13/16  
**Claims Bar Date:** 12/14/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17  Automobiles - 1993 Ford F250 pickup <br>     Imported from original petition Doc# 1 | 250.00 | 250.00 | OA | 0.00 | FA |
| 18  Automobiles - 1999 Ford E250 cargo van <br>     Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 19  Office Equipment <br>     Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | OA | 0.00 | FA |
| 20  Machinery and equipment used in Cook-Lavelle Ele <br>     Imported from original petition Doc# 1 | 33,500.00 | 32,000.00 | OA | 0.00 | FA |
| 21  Other Personal Property - 5620 W. Howard Trust <br>     Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| **21   Assets   Totals** (Excluding unknown values) | **$280,332.13** | **$257,982.13** |  | **$9,892.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

Received funds from bank account. Established claims bar dates.

**Initial Projected Date Of Final Report (TFR):** January 31, 2016      **Current Projected Date Of Final Report (TFR):** January 31, 2016

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-23755 | | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|---|
| Case Name: | DENNIS J. COOK | | | Bank Name: | RABOBANK, N.A. |
| | | | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***0040 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/13/16 | | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/15 | | Bank of America | Turn over of funds from Bank Accounts | | 9,892.13 | | 9,892.13 |
| | {3} | | Turnover of Bank Accounts        2,250.69 | 1129-000 | | | 9,892.13 |
| | {4} | | Turnover of Bank Accounts        4,403.60 | 1129-000 | | | 9,892.13 |
| | {5} | | Turnover of Bank Accounts        3,237.84 | 1129-000 | | | 9,892.13 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.43 | 9,881.70 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.21 | 9,867.49 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.71 | 9,853.78 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.59 | 9,838.19 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.64 | 9,824.55 |
| 02/17/16 | 101 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #15-23755, Bond #10BSBGR6291 | 2300-000 | | 14.01 | 9,810.54 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.61 | 9,796.93 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.45 | 9,781.48 |
| 05/20/16 | 102 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $1,739.21, Trustee Compensation; Reference: | 2100-000 | | 1,739.21 | 8,042.27 |
| 05/20/16 | 103 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $191.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 191.10 | 7,851.17 |
| 05/20/16 | 104 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $5,352.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,352.00 | 2,499.17 |
| 05/20/16 | 105 | Real Time Resolutions, Inc. | Final Distribution Pursuant to Court Order entered on May 19, 2016 | 7100-000 | | 871.69 | 1,627.48 |
| 05/20/16 | 106 | PYOD, LLC its successors and assigns as assignee | Final Distribution Pursuant to Court Order entered on May 19, 2016 | 7100-000 | | 10.08 | 1,617.40 |
| 05/20/16 | 107 | Signature Bank | Final Distribution Pursuant to Court Order entered on May 19, 2016 | 7100-000 | | 1,617.40 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,892.13 | 9,892.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,892.13 | 9,892.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,892.13** | **$9,892.13** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-23755  
**Case Name:** DENNIS J. COOK  
**Taxpayer ID #:** **-***0040  
**Period Ending:** 06/13/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******0966** | | 9,892.13 | 9,892.13 | 0.00 |
| | | | | | $9,892.13 | $9,892.13 | $0.00 |

{} Asset reference(s)

Printed: 06/13/2016 12:13 PM    V.13.25